UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

:
:
V.              :          Civil Action
:          No: _____
:

DISCLOSURE STATEMENT FORM

Please check one box:

❑        The nongovernmental corporate party, _____
       , in the above listed civil action does not have any parent corporation and
       publicly held corporation that owns 10% or more of its stock.

❑        The nongovernmental corporate party,
       , in the above listed civil action has the following parent corporation(s) and
       publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_____        _____
      Date                                  Signature

                Counsel for: _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

      (a)      WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file
            two copies of a disclosure statement that:
            (1)      identifies any parent corporation and any publicly held corporation
                  owning10% or more of its stock; or

            (2)      states that there is no such corporation.

      (b)   TIME TO FILE; SUPPLEMENTAL FILING. A party must:
            (1)      file the disclosure statement with its first appearance, pleading,
                  petition, motion, response, or other request addressed to the court;
                  and
            (2)      promptly file a supplemental statement if any required information
                  changes.